# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>CHRISTIAN J. LAPOINTE,<br><br>　　　　　　　　Defendant. | 8:17CR241<br><br>ORDER |

This matter is before the Court on the Request for Transcript, filed by non-party Charity N. Davis, ECF No. 97.

The request for a transcript of the testimony of Charity N. Davis during trial, held on March 28, 2018, is granted, provided Charity N. Davis contacts Brenda Fauber, 118 S. 18th Plaza, Suite 3122, Omaha, NE 68102, and makes financial arrangements for preparation of the transcript. Otherwise, the motion is denied.

IT IS ORDERED:

1. The Request for Transcript, filed by non-party Charity N. Davis, ECF No. 97, is granted as to the transcript under the conditions described above, and is otherwise denied; and

2. The Clerk is directed to mail a copy of this order and the docket report to Charity N. Davis at the address provided in ECF No. 97.

Dated this 7th day of August, 2018.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　Chief United States District Judge